PER CURIAM.
Affirmed. Gray v. Golden, Fla.1956, 89 So.2d 785; McGuire v. Holt, Fla.1957, 93 So.2d 115; Dade County v. Kelly, Fla.1957, 99 So.2d 856; Chase v. Cowart, Fla.1958, 102 So.2d 147; Dade County v. Dade County League of Municipalities, Fla.1958, 104 So.2d 512; Dade County v. Young Democratic Club of Dade County, Fla., Fla.1958, 104 So.2d 636; Miami Shores Village v. Cowart, Fla.1958, 108 So.2d 468.
ROBERTS, C. J., TERRELL, THOMAS, HOBSON, DREW and O’CONNELL, JJ., and WALKER, Circuit Judge, concur.